Filed Oct. 10, 1893.

———————◆———————

No. 16,747.

MORROW *v.* GEETING ET AL.

APPELLATE COURT.—*Jurisdiction.*—*Statutory Liens.*—Jurisdiction, on appeal, of cases involving purely statutory liens, is in the Appellate Court.

From the Howard Circuit Court.

*J. C. Blacklidge, C. C. Shirley, B. C. Moon, M. Bell* and *W. C. Purdum,* for appellant.

*J. T. Elliott* and *W. C. Overton,* for appellees.

HOWARD, J.—This is a proceeding for the collection of assessments against lands for the repair of a public drain. Such assessments are liens of a purely statutory origin, and, by the act of the General Assembly, approved March 4, 1893, granting additional jurisdiction to the Appellate Court, the jurisdiction is in that court.

The case is, accordingly, transferred to the Appellate Court.

Filed Oct. 10, 1893.